O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TEDDY N DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-05-144 |
| | § | |
| ROBERT KIBBE, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

A memorandum and recommendation was issued in this case on April 27, 2005, recommending that plaintiff's § 1983 claims be dismissed as frivolous (D.E. 10).  Plaintiff has now filed a motion requesting an extension of time to file objections to the memorandum and recommendation.  Plaintiff's motion is granted.  Plaintiff's objections are due on or before June 3, 2005.

Plaintiff also complains about the failure to hold an evidentiary hearing.  Evidentiary hearings are not mandatory.  The purpose of such a hearing is to obtain clarification of plaintiff's claims if necessary.  No clarification was needed in this case.   Plaintiff is required to described his claims in the complaint.  If plaintiff has additional evidence, facts, or law to submit in this case,  he may do so in his objections to the memorandum and recommendation, and those matters will be considered..

Plaintiff also mentions that he has two co-plaintiffs.  There are no additional plaintiffs in this case,.  If there are other inmates who wish to file similar claims, those inmates are free

to exhaust their administrative remedies, comply with the PLRA, and file a lawsuit. Similar lawsuits can be consolidated for trial if appropriate.

ORDERED this 19th day of May, 2005.

_____
B. Janice Ellington
United States Magistrate Judge