UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TEDDY N. DAVIS § | |
|     TDCJ-CID #807688 § | |
| v. § | C.A. NO. C-05-144 |
| § | |
| ROBERT KIBBE, ET AL. § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On April 27, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation (D.E. 10). Plaintiff filed a Motion of Opposition to Magistrate's Memorandum and Recommendation to Dismiss (D.E. 16), which this Court construes as a timely-filed objection. In his objection, plaintiff summarizes and expands upon the claims of his complaint. However, plaintiff does not raise any specific objections to the findings and conclusions of the Magistrate Judge. This Court finds that the Magistrate Judge correctly applied the law. Therefore, having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's claims are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. 1915(e) and 1915A for failure to state a claim and as frivolous.

ORDERED this 24th day of August, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE